MARGARIDA DE CLARA, as Administratrix of the Estate of FRAN-CISCO DE CLARA, Deceased, Appellant, *v.* BARBER STEAMSHIP LINES, INC., et al., Defendants, and NEW YORK DOCK COM-PANY, Respondent.

Submitted April 25, 1955; decided April 28, 1955.

*Thomas F. Grimes* for motion.

*James R. Kelly* and *George A. Garvey* opposed.

Motion granted.